UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| V2 and V3, minor children, by and through their parents and natural guardians, P3 and P4,<br><br>Plaintiffs,<br>-v.-<br><br>HILTON CENTRAL SCHOOL DISTRICT, and KIRK ASHTON,<br><br>Defendants. | **Civil Action No.: 6:22-cv-06270** |

The Court, having considered the parties Joint Motion to Seal the financial terms of the settlement agreement, settlement amount, individual distribution amounts, litigation expenses and attorneys' fees contained in the motion to settle the infant plaintiffs' V2 and V3's claims, and good cause having been shown to permit the redaction of the financial terms of the proposed settlement and to grant the Joint Motion, upon consideration of the following factors: (1) the Parties' having jointly intended that the financial terms of the proposed settlement be kept confidential and the Parties' respective interests weighing in favor of permitting redaction of the financial terms; (2) confidentiality having played a material role in the Parties' decision to settle in order to protect the Parties' respective privacy interests and the dignity of the infant plaintiffs', V2 and V3 and their parents; (3) Plaintiffs' having an interest in maintaining confidentiality because public disclosure of settlement amounts would make their financial resources public information and potentially subject them to requests for money and nuisance offers, scams, and solicitations; (4) Plaintiffs', V2 and V3, being minors and a victims of sexual abuse and protected parties under Civil Rights Law 50 (b), any possibility that additional attention could be thrusted on them by publicizing the settlement terms should be prevented at all costs because disclosure of the infant plaintiffs'

identities is likely to be detrimental to their well-being and recovery; (5) the infant plaintiffs' having already endured significant emotional trauma, any additional publicity or scrutiny could exacerbate their suffering and hinder their healing process; and (6) the resulting harm to the Parties' from the disclosure of the settlement amount and potentially the disclosure of the infant plaintiffs' identities, far outweighing any interest the public may have; and

**THERE HAVING BEEN NO OPPOSITION TO THIS MOTION** and upon balancing all of these factors, the Court finds that good cause exists to grant the Parties' Motion; and

**IT IS SO ORDERED**, that the Motion is granted in its entirety and the plaintiffs' are directed to file the motion for Court approval of the settlement of the infant plaintiffs', V2 and V3's claims and supporting papers on ECF, when they are ready to be filed, with the financial terms of the settlement agreement, settlement amount, individual distribution amounts, litigation expenses and attorneys' fees redacted from said papers and shall submit an unredacted version of said papers to the Court for its *in camera* review and consideration, as an attachment (in PDF format) to an email to geraci@nywd.uscourts.gov and shall serve copies of such on all counsel. Moreover, in view of the above, any court order approving the settlement which is uploaded to ECF shall be issued with the financial terms thereof redacted, and a separate unredacted order shall be delivered to counsel for all parties so that they may effectuate the terms of the settlement.

Dated: April 9, 2024
Rochester, New York

_____
Hon. Frank P. Geraci, Jr.
United States District Judge Western
District of New York